

March 08, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 11 2010 ★

BROOKLYN OFFICE

Dear Honorable Judge Cogan:

My name is Dexton Cummings case #Cr-06396. The reason for my writing to you is to ask if you can help me locate my former Attorney, or perhaps appoint me another. In the year of 2006 I was sentenced to 130 months. In 2009 I had appealed my case in which I lost, but was told that I should make a motion to file again because of good reasonings. I have made several attempts to contact my former Attorney Charles S. Hachbaum in which he hasn't made himself available to me at all. The last address I had on him was: 16 Court St. Brooklyn, N.Y 11241.
Your Honor can you please help me.
Thank you for your patience and consideration.

God Bless

Dexton Cummings

Return Address :   Dexton Cummings 74231-053
Federal Correctional Institution
Camp Gilmer Glenville, WV 26351

This is not a matter on which the Court can render assistance, as there is no right to appointed counsel post-appeal. The Court has the same address for Mr. Hochbaum that the defendant has. The Court can only suggest to Mr. Hochbaum that he reasonably respond to any inquiries made to him by his former client.
SO ORDERED: 3/12/10

/Signed by Judge Brian M. Cogan/

U.S.D.J.